IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

*John England Thomas*
                                    )
                                    )
                    Plaintiff(s),   )
vs.                                 )
                                    )
*Alaska Native Medicine Center*     )
*South Central Foundation*          )
                                    )
                    Defendant(s).   )

RECEIVED

AUG 3 1 2021

SCF
GENERAL COUNSEL

CASE NO. 3AN-__*2t-06736CI*_____

**SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: *South Central Foundation*

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons.  Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons.  In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) *John England Thomas*_____, whose address is: *201 East 9th Avenue #323  Anchorage, AK 99501*_____

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number.  You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO:  Plaintiff and Defendant

You are hereby given notice that:

[X]  This case has been assigned to Superior Court Judge ___*Guidi*_____.
     and to a magistrate judge.

[ ]  This case has been assigned to District Court Judge _____.

CLERK OF COURT

___*07-20-2021*_____          By: __*[signature]*_____
        Date                        Deputy Clerk

I certify that on *07-20-21* a copy of this Summons was [X] mailed  [ ] given to
[X] plaintiff  [ ] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order  [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk __*B*____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/17)(cs)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

*(M)*

**Exhibit A
Page 1 of 4**

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THIRD
JUDICIAL DISTRICT AT _Anchorage, Alaska_

NAME: _John England Thomas_
MAILING ADDRESS: _201 East 9th Avenue #223_
_Anchorage AK 99501_
TELEPHONE NUMBER: _1-907-782-5780_

**RECEIVED**

AUG 3 1 2021

SCF
GENERAL COUNSEL

John England          Plaintiff,
vs.          Thomas

Alaska Native Medical
Center          Defendant,
South Central Foun

Case No. 3AN- _21-06736_ ___CI

## Complaint

On July 25th, 2019 I went Alaska
Native Medical Center for an appointment
with Psycical Therapist Amber Beardsley,
for pain in my left shoulder upon witich
Physical Therapist Amber Beardsley, had
myself lay on my stomach, exam table at
waich time, Psycical Therapist Amber
Beardsley pressed very hard inbetween my
shoulder blades (upper-middle back) injuring my
back, at witich time, I later told my
Docter Elisabeth Turgeon, who said what do
you want? Her to say sorry or be fired?

Date: _7/14/2021_          Signature: _____

I certify that on the following date:_____ a copy of this Answer and
the following attached documents were mailed/hand delivered to:
Opposing Party:_____ Opposing Lawyer:_____
Other:_____

Your signature:_____

**Exhibit A**
**Page 2 of 4**

Allen F. Clendaniel
Clendaniel@alaskalaw.pro

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

JOHN ENGLAND THOMAS,

                                    Plaintiff,

vs.                                                                 Case No. 3AN-21-06736 CI

ALASKA NATIVE MEDICINE
CENTER and SOUTHCENTRAL
FOUNDATION,

                                    Defendants.

**ENTRY OF APPEARANCE AND**
**NOTICE OF CONSENT TO SERVICE BY EMAIL**

The undersigned hereby enters his appearance on behalf of Defendant Southcentral Foundation in this matter.

It is requested that copies of all further pleadings or correspondence relating to this matter, except process, be served on:

> Allen F. Clendaniel
> Sedor, Wendlandt, Evans & Filippi, LLC
> 500 L Street, Suite 500
> Anchorage, Alaska 99501
> Phone:    (907) 677-3600
> Fax:        (907) 677-3605

Undersigned counsel consents to service of pleadings and other correspondence via email at **clendaniel@alaskalaw.pro**.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Tel (907) 677-3600 Fax (907) 677-3605

DATED this 17th day of September, 2021, at Anchorage, Alaska.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendant Southcentral Foundation

By:_____ /s/Allen F. Clendaniel_____.
Allen F. Clendaniel, Alaska Bar No. 0411084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. mail on this 17th day of September, 2021 to:

John England Thomas
201 East 9th Avenue #323
Anchorage, Alaska 99501

____/s/Riza Smith___.
Certification Signature

ENTRY OF APPEARANCE AND NOTICE OF CONSENT TO SERVICE VIA EMAIL
*John England Thomas v. Alaska Native Medicine Center & Southcentral Foundation*     Page 2 of 2
Case No. 3AN-21-06736 CI

**Exhibit A**
**Page 4 of 4**

Case 3:21-cv-00210-TMB   Document 1-1   Filed 09/21/21   Page 4 of 4